# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 08-1200**

**September Term, 2013**

**EPA-73FR16436**
**EPA-73FR16436-01**

**Filed On:** December 11, 2013

State of Mississippi,

        Petitioner

        v.

Environmental Protection Agency,

        Respondent

----------------------------
County of Nassau, et al.,
        Intervenors
----------------------------
Consolidated with 08-1202, 08-1203, 08-1204,
08-1206

        **BEFORE:**    Tatel, Brown, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the petition of the petitioners' American Lung Association, et al., for panel rehearing joined by the State petitioners, and the responses thereto, it is

**ORDERED** that the petition for panel rehearing be granted in part and denied in part. It is

**FURTHER ORDERED** that the opinion be amended as follows:

Slip Op. at p. 32, lines 3-5:

Delete "for egregious procedural errors, such as EPA's failure to consider sensitive sub-populations, like asthmatics, children, or the elderly." and

Insert in lieu thereof: "because EPA acted arbitrarily and capriciously by, for example, failing to give appropriate consideration to key aspects of the 'margin of safety' inquiry, such as how pollution thresholds might impact sensitive sub-populations, such as asthmatics, children, or the elderly."

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk
BY:    /s/
        Jennifer M. Clark
        Deputy Clerk